ALBERT C. CARLTON, SR., et al., Doing Business as Copartners under the Name of CARLTON PRODUCTS COMPANY, Respondents, v. STANDARD SYNTHETICS, INC., Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLCOX AND GIBBS SEWING MACHINE COMPANY, Appellant, v. ARCADE MALLEABLE IRON COMPANY, Respondent, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with leave to the defendant Arcade Malleable Iron Company to answer the complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 737.]

In the Matter of ANTONIO R. PEREZ, Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, et al., Respondents. Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 745.]

HOWARD DUANE, as Receiver of Investors Fund of America, Inc., Respondent, v. J. ARTHUR WARNER et al., Individually and as Copartners Doing Business under the Name of J. ARTHUR WARNER & Co., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDGAR P. GOODWIN, Appellant, v. SAMUEL SILK et al., Defendants, and MARTIN GOTTLIEB, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be. fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDGAR P. GOODWIN, Appellant, v. SAMUEL SILK et al., Defendants, and ALFRED S. ROBERTS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDGAR P. GOODWIN, Appellant, v. SAMUEL SILK et al., Respondent, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NEW YORK TRUST COMPANY et al., as Trustees under Indenture made by ELIZABETH K. DAVIS, Respondents, v. FLORENCE D. BULL et al., Appellants, and ARTHUR W. SMITH, Impleaded Defendant-Respondent.— Orders so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements to the plaintiffs-respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 744.]

MILTON LAZARUS v. ELMER RICE, as President of The Dramatists' Guild of the Authors' League of America, Inc., an Unincorporated Association of more than Seven Members, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 985.]

ANGELO BISESTO v. EXSILIA VIZZO, Individually and as Executrix of RAFFAELA BISESTO, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 1025.]